**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

Q4 PROPERTIES, LLC,                                    Case No. 14-37540-RAM
                                                       Chapter 11
       Debtor.

_____/

Q4 PROPERTIES, LLC, and
Q5 PROPERTIES, LLC
                                                       Adv. No. 15-1113-RAM

       Plaintiffs,
vs.

NE 4TH COURT LOANS, LLC,
a Florida limited liability company,

       Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

      Plaintiffs, **Q4 PROPERTIES, LLC**., and **Q5 PROPERTIES, LLC**., by and through their undersigned counsel, and in accordance with this Court's Order Denying Motions for Relief Subject to Removal of State Court Case [ECF No. 79, Main Case] and Order Clarifying Prior Order [ECF No. 83, Main Case], hereby give notice of the voluntary dismissal without prejudice of this adversary case.

      I HEREBY CERTIFY that I am admitted to Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090(a).

1

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 25th day of March, 2015, as reflected below.

<u>/s/ Scott Alan Orth, Esq.</u>
**SCOTT ALAN ORTH, ESQ.**
Florida Bar No. 436313
*Attorney for Debtor*s
LAW OFFICES OF SCOTT ALAN ORTH, P.A.
3860 Sheridan Street, Suite A
Hollywood, FL  33021
305.757.3300 / 305.757.0071 Fax
scott@orthlawoffice.com
service@orthlawoffice.com (primary)
eserviceSAO@gmail.com (secondary)


*Via CM/ECF Electronic Notification*
Jeffrey C. Roth, Esq., jeff@rothandscholl.com

2